

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 6, 2022

**By Email**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:   *United States v. Judith C. McCarthy*, 22 Mag. 6616

Dear Judge McCarthy,

    In light of the arrest of defendant Luis Gonzalez in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: */s/ Kingdar Prussien*
    Kingdar Prussien
    Assistant United States Attorney
    (914) 993-1927

**APPLICATION GRANTED**

*[signature]*

Hon. Judith C. McCarthy   9-6-2022